```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
BSPRT 2023-FL10 ISSUER, LLC,                                  :
                                                              :
                                                              :
                              Plaintiff,                      :
                                                              :         1:25-cv-8645-GHW
         -against-                                            :
                                                              :              ORDER
ANDREW CAMPBELL, *et al.*,                                    :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

  This action was removed from the Supreme Court of the State of New York, County of New York, on October 19, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 3, 2025. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

  SO ORDERED.

Dated: October 20, 2025
    New York, New York

                             GREGORY H. WOODS
                            United States District Judge